# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EKARIUS M., | Case No. ED CV 18-02645-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Date: January 28, 2020

DOUGLAS F. McCORMICK
United States Magistrate Judge